# UNITED STATES DISTRICT COURT

___EASTERN___ DISTRICT OF ___NORTH CAROLINA___

UNITED STATES OF AMERICA

V.

JOSE F. MIRANDA

## JUDGMENT OF ACQUITTAL

CASE NUMBER:   5:16-MJ-1726-KS

The Defendant was found not guilty on all Counts.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

**U.S. MAGISTRATE JUDGE**
Name and Title of Judge

10/17/2017
Date